UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 07-MJ-308 |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| MARLON THOMAS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Offenses charged:

    Count 1: Conspiracy to Distribute Cocaine Base in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1), and 841(b)(1)(B), and 18 U.S.C. § 2.

    Count 2: Possession with Intent to Distribute Cocaine Base in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), and 18 U.S.C. § 2.

Date of Detention Hearing:    June 28, 2007.

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    (1)    Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that defendant is a flight risk and a danger to the community based on the nature of the pending

01  charges.  This places a limited burden of production on the defendant, although the burden of
02  persuasion remains with the government.  Application of the presumption in favor of
03  detention is appropriate in this case.

04      (2)  Defendant is a resident of the State of New York and has limited ties to the
05  Western District of Washington and to this community.

06      (3)  Defendant appears to have on-going substance-abuse issues.

07      (4)  After a search warrant was issued and defendant was arrested, more cocaine
08  and a handgun were found in the defendant's residence.

09      (5)  The Assistant United States Attorney has proffered that the defendant is under
10  suspicion for homicide in the State of New York.

11      (6)  There are no conditions or combination of conditions other than detention that
12  will reasonably assure the appearance of defendant as required or the safety of persons in the
13  community.

14  IT IS THEREFORE ORDERED:

15  (1)  Defendant shall be detained pending trial and committed to the custody of the
16        Attorney General for confinement in a correction facility separate, to the
17        extent practicable, from persons awaiting or serving sentences or being held in
18        custody pending appeal;

19  (2)  Defendant shall be afforded reasonable opportunity for private consultation
20        with counsel;

21  (3)  On order of a court of the United States or on request of an attorney for the
22        government, the person in charge of the corrections facility in which
23        defendant is confined shall deliver the defendant to a United States Marshal
24        for the purpose of an appearance in connection with a court proceeding; and

25
26

DETENTION ORDER                                             15.13
18 U.S.C. § 3142(i)                                          Rev. 1/91
PAGE 2

01     (4)    The Clerk shall direct copies of this Order to counsel for the United States, to
02     counsel for the defendant, to the United States Marshal, and to the United
03     States Pretrial Services Officer.

04     DATED this 28th day of June, 2007.

*/s/ James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
PAGE 3

15.13
Rev. 1/91